NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JIMMY CANNON,                                )
                                             )
            Appellant,                       )
                                             )
v.                                           )          Case No. 2D17-3580
                                             )
JESSICA TEDROW, Individually, and            )
as Parent and Natural Guardian of            )
AMBER TEDROW, a Minor, and                   )
AMBER TEDROW, Individually, and              )
J. W. TEDROW,                                )
                                             )
            Appellees.                       )
_____)

Opinion filed August 17, 2018.

Appeal from the Circuit Court for
Hillsborough County; Paul Huey, Judge.

Andrew J. Mirabole of Andrew J. Mirabole,
P.A., Tampa, Co-Counsel for Appellant,
and

Dineen Pashoukos Wasylik of DPW Legal,
Tampa, Co-Counsel for Appellant.

Joseph R. Bryant of Morgan and Morgan,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and BADALAMENTI, JJ., Concur.